## Commonwealth v. Cornitcher, Appellant.

Argued September 19, 1972. *Jonathan Miller,* Assistant Defender, with him *John Kelly,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *Albert L. Becker,* Assistant District Attorney, with him *Charles Milstein* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Cunningham, Appellant.

Submitted September 11, 1972. *Faust Mattioni,* and *Mattioni, Mattioni & Mattioni,* for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.